IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MATTHEW L. LEBER, individually, | |
| Plaintiff, | 8:25-CV-401 |
| vs. | ORDER |
| BRYAN MEDICAL CENTER, et al., | |
| Defendants. | |

This matter is before the Court on the motion to set aside default and extend the responsive pleading deadline filed by defendants Inpatient Physician Associates and Quinn Willet. Filing 62; *see* filing 71. The plaintiff has not opposed the motion. *See* NECivR 7.1(b)(1)(B). Accordingly,

1. The defendants' motion (filing 62; filing 71) is granted.

2. The Clerk's Entry of Default (filing 60) is set aside.

3. Inpatient Physician Associates and Quinn Willet shall file their responsive pleadings or motions on or before October 15, 2025.

Dated this 14th day of October, 2025.

BY THE COURT:

John M. Gerrard
Senior United States District Judge